IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
COLORADO

SEP 26 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01774-OES

GREGORY D. COSBY,

   Plaintiff,

v.

R. WILEY, Warden,

   Defendant.

---

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

   Plaintiff's motion for reconsideration of the September 14, 2005, order denying him leave to proceed pursuant to 28 U.S.C. § 1915 is DENIED. Plaintiff shall have **thirty (30) days from the date of this minute order** to pay the $5.00 filing fee.

Dated: September 26, 2005

---

Copies of this Minute Order mailed on September 26, 2005, to the following:

Gregory D. Cosby
Reg. No. 05825-045
ADX – Florence
PO Box 8500
Florence, CO 81226

Secretary/Deputy Clerk