IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01774-OES

GREGORY D. COSBY,

    Applicant,

v.

R. WILEY, Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 24 2005

GREGORY C. LANGHAM
CLERK

## ORDER OVERRULING OBJECTION

On October 11, 2005, Applicant Gregory D. Cosby submitted *pro se* and the Court filed a letter asking for Magistrate Judge O. Edward Schlatter to be removed from working on this case. Mr. Cosby objects to being required by Magistrate Judge Schlatter to pay the $5.00 filing fee in this action. However, according to the Court's docketing records, he paid the $5.00 filing fee on October 5, 2005. Despite the fact that the October 11 letter appears to be moot, the Court will construe the letter liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) (Supp. 2005). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. After reviewing the entire file, the Court concludes that Magistrate Judge Schlatter's September 14 and 26, 2005, orders directing Mr. Cosby to pay the $5.00 filing fee in this action are not clearly

erroneous or contrary to law. Accordingly, it is

ORDERED that the letter that Applicant Gregory D. Cosby submitted ***pro se*** and the Court filed on October 11, 2005, and which the Court has construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), is overruled.

DATED at Denver, Colorado, this 24 day of Oct., 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01774-OES

Gregory D. Cosby
Reg. No. 05825045
USP-ADX MAX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/24/05

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk